UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JAMES MACAREO                                    CIVIL ACTION


v.                                               NO. 17-4702


MORAN TOWING CORPORATION, ET AL.                 SECTION "F"


ORDER AND REASONS

Before the Court is Moran Towing Corporation's request for oral argument on its motion for summary judgment. The request is DENIED for the following reasons.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1.    There is a need for an evidentiary hearing.

2.    The motion or opposition papers involve a novel or complex issue of law that is unsettled.

3.    The motion or opposition papers argue for a change in existing law.

4.    The motion or opposition papers implicate a constitutional issue.

5.    The case itself is of widespread community interest.

1

Because the defendant's motion for summary judgment does not involve any of the above factors, IT IS ORDERED: that its request for oral argument on its motion for summary judgment is DENIED.

New Orleans, Louisiana, March 1, 2018

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE